**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus PENA, Jr., Defendant–Appellant.**

No. 03–40331.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

James Lee Turner, John Richard Berry, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Tracy L. Davenport, Rayne, LA, for Defendant–Appellant.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

Jesus Pena, Jr., has appealed the district court's judgment revoking his supervised release and imposing a 36–month term of imprisonment. The district court did not abuse its discretion in ordering that the sentence be served consecutively to a term of imprisonment imposed in cause number C–02–292 for the law violation which resulted in the revocation of his supervised release. *See United States v. Alexander*, 100 F.3d 24, 27 (5th Cir.1996); *see also* U.S.S.G. § 5G1.3(c), p.s., & comment. (n.6) (2002); U.S.S.G. § 7B1.3(f), p.s. (2002). The statutory maximum 36–month sentence was not in violation of law and was not plainly unreasonable. *See United States v. Stiefel*, 207 F.3d 256, 259 (5th Cir.2000) (standard of review).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.